OFFICE COPY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOOD LION, LLC, HANNAFORD BROS. CO., and KASH N' KARRY FOOD STORES, INC., Individually and on behalf of a class of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CADBURY ADAMS CANADA, INC., CADBURY SCHWEPPES PLC, CADBURY ADAMS USA LLC, HERSHEY CANADA INC., THE HERSHEY COMPANY, MARS CANADA INC., MARS, INC., MARS NORTH AMERICA, MARS SNACKFOOD U.S., NESTLÉ CANADA INC., NESTLÉ S.A., and NESTLÉ USA,<br><br>Defendants. | Case No.<br><br>RULE 7.1 STATEMENT<br><br> |

Plaintiffs Food Lion, LLC, Hannaford Bros. Co. and Kash n' Karry Food Stores, Inc.

submit the following statement of corporate interests and affiliations pursuant to Rule 7.1 of the

Federal Rules of Civil Procedure:

1.    Food Lion, LLC is a wholly-owned direct subsidiary of Delhaize America, Inc.

2.    Hannaford Bros. Co. is a wholly-owned direct subsidiary of Delhaize America, Inc.

3.    Kash n' Karry Food Stores, Inc. is a wholly-owned direct subsidiary of Delhaize America, Inc.

4.    Delhaize America, Inc. is a wholly-owned subsidiary of Delhaize Group, SA.

5.    Delhaize Group SA, headquartered in Belgium, is a public company with securities traded on both the Euronext Brussels and New York Stock Exchanges. There are no other publicly-held corporations which own 10% or more of the stock of the Delhaize Group.

Respectfully submitted,


_____
Torsten M. Kracht (TK 4134)
Richard L. Wyatt, Jr. (*pro hac vice* to be filed)
Todd M. Stenerson (*pro hac vice* to be filed)
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
kracht@akingump.com
rwyatt@akingump.com
tstenerson@akingump.com

AND

R. Laurence Macon (*pro hac vice* to be filed)
AKIN GUMP STRAUSS HAUER & FELD, LLP
300 Convent Street, Suite 1500
San Antonio, TX  78205-3732
Telephone: (210) 281-7000
Facsimile: (210) 224-2035
lmacon@akingump.com

**Counsel for Plaintiffs**


Dated:  March 25, 2008