UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Food Lion, LLC, et al.     Plaintiff,

- against -

Cadbury Adams Canada,   Defendant.
Inc., et al.

08 cv 3045 (UA) PKC

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Torsten M. Kracht a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  R. Laurence Macon
Firm Name:         Akin Gump Strauss Hauer & Feld, LLP
Address:           300 Convent Street, Suite 1500
City/State/Zip:    San Antonio, TX 78205
Phone Number:      (210) 281-7222
Fax Number:        (210) 224-2035

R. Laurence Macon is a member in good standing of the Bar of the States of District of Columbia and Georgia

There are no pending disciplinary proceeding against R. Laurence Macon in any State or Federal court.

Dated:       3/25/2008
City, State: Washington, D.C.

Respectfully submitted,

Sponsor's     Torsten M. Kracht
SDNY Bar      TK 4134
Firm Name:    Akin Gump Strauss Hauer & Feld, LLP
Address:      1333 New Hampshire Ave., N.W.
City/State/Zip: Washington, D.C.  20036
Phone Number: 202.887.4252
Fax Number:   202.887.4288

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOOD LION, LLC, HANNAFORD BROS. CO., and KASH N' KARRY FOOD STORES, INC., Individually and on behalf of a class of all those similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>CADBURY ADAMS CANADA, INC., CADBURY SCHWEPPES PLC, CADBURY ADAMS USA LLC, HERSHEY CANADA INC., THE HERSHEY COMPANY, MARS CANADA INC., MARS, INC., MARS NORTH AMERICA, MARS SNACKFOOD U.S., NESTLÉ CANADA INC., NESTLÉ S.A., and NESTLÉ USA,<br><br>                      Defendants. | Case No.<br><br>_____<br><br>DECLARATION OF TORSTEN M. KRACHT IN SUPPORT OF MOTION TO ADMIT COUNSEL |

I, Torsten M. Kracht, declare:

1. I am Counsel at Akin Gump Strauss Hauer & Feld, LLP, counsel for Plaintiff in the above captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit R. Laurence Macon as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York State on September 24, 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known and worked with Mr. Macon since 2006.

4. Mr. Macon is a Partner at Akin Gump Strauss Hauer & Feld, LLP, in Washington, D.C.

5. I have found Mr. Macon to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of R. Laurence Macon, pro hac vice.

7.     I respectfully submit a proposed order granting the admission of R. Laurence Macon, pro hac vice, which is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

Executed:    March 25, 2008
                Washington, D.C.

                                                _____
                                                Torsten M. Kracht (TK4134)

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. R. Laurence Macon
Akin Gump Strauss Hauer & Feld LLP
P.O. Box 120250
San Antonio, TX  78212

**CURRENT STATUS:**     Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**     10/30/1970

**Attorney Bar Number:**     464800

Today's Date:     March 10, 2008

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
  -Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
  -Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law
   in the State of Georgia.
  -Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

March 13, 2008

Re:   Richard L. Macon, State Bar Number 12787500

To Whom It May Concern:

This is to certify that Mr. Richard L. Macon was licensed to practice law in Texas on April 20, 1972, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Macon's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss



P.O. BOX 12487, AUSTIN, TEXAS 78711-2487, 512-453-5535 or 1-877-953-5535

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Food Lion, LLC, et al.                Plaintiff,

                                                          cv        (    )

        - against -
Cadbury Adams Canada, Inc., et al.   Defendant.    **ORDER FOR ADMISSION
                                                    PRO HAC VICE
                                                    ON WRITTEN MOTION**

Upon the motion of  Torsten M. Kracht     attorney for   Food Lion, LLC, et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | R. Laurence Macon |
| Firm Name: | Akin Gump Strauss Hauer & Feld, LLP |
| Address: | 300 Convent Street, Suite 1500 |
| City/State/Zip: | Washington |
| Telephone/Fax: | (210) 281-7222 |
| Email Address: | lmacon@akingump.com |

is admitted to practice pro hac vice as counsel for  Food Lion, LLC, et al.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

**Dated:**
City, State:

                                          _____
                                          United States District/Magistrate Judge

# AFFIDAVIT OF SERVICE

State of New York )
                 )ss:
County New York )

     I Jorge Guzman, being duly sworn deposes and says that I am not a party to this action. I am over 18 years of age and reside in the city of Elizabeth, New Jersey.

     That on the 25th day of March, 2008, a copy of the foregoing Motion for Admission Pro Hac Vice for R. Laurence Macon was included with the Summons to be served with the Class Action Complaint and Rule 7.1 Statement, which were filed on the same day in this Court.

                                                               Jorge Guzman

Sworn to before me this
25th day of March 2008

_____
Notary Public

KELLY OWEN
Notary Public, State of New York
Qualified in ... County
Certificate Filed in New York County
Commission Expires June 14, 20__