UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Food Lion, LLC, et al.    Plaintiff,

- against -

Cadbury Adams Canada, Inc., et al.    Defendant.

08 cv 3045 (UA)PKC

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Torsten M. Kracht a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Todd M. Stenerson
Firm Name: Akin Gump Strauss Hauer & Feld, LLP
Address: 1333 New Hampshire Ave., N.W.
City/State/Zip: Washington, D.C.  20036
Phone Number: (202) 887-4276
Fax Number: (202) 887-4288

Todd M. Stenerson is a member in good standing of the Bar of the States of District of Columbia, Michigan and Illinois

There are no pending disciplinary proceeding against Todd M. Stenerson in any State or Federal court.

Dated: 3/25/2008
City, State: Washington, D.C.

Respectfully submitted,

Sponsor's Torsten M. Kracht
SDNY Bar TK 4134
Firm Name: Akin Gump Strauss Hauer & Feld, LLP
Address: 1333 New Hampshire Ave., N.W.
City/State/Zip: Washington, D.C.  20036
Phone Number: 202.887.4252
Fax Number: 202.887.4288

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOOD LION, LLC, HANNAFORD BROS. CO., and KASH N' KARRY FOOD STORES, INC., Individually and on behalf of a class of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CADBURY ADAMS CANADA, INC., CADBURY SCHWEPPES PLC, CADBURY ADAMS USA LLC, HERSHEY CANADA INC., THE HERSHEY COMPANY, MARS CANADA INC., MARS, INC., MARS NORTH AMERICA, MARS SNACKFOOD U.S., NESTLÉ CANADA INC., NESTLÉ S.A., and NESTLÉ USA,<br><br>Defendants. | Case No.<br><br>_____<br><br>DECLARATION OF TORSTEN M. KRACHT IN SUPPORT OF MOTION TO ADMIT COUNSEL |

I, Torsten M. Kracht, declare:

1. I am Counsel at Akin Gump Strauss Hauer & Feld, LLP, counsel for Plaintiff in the above captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Todd M. Stenerson as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York on September 24, 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known and worked with Mr. Stenerson since 2006.

4. Mr. Stenerson is a Partner at Akin Gump Strauss Hauer & Feld, LLP, in Washington, D.C.

5. I have found Mr. Stenerson to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of Todd M. Stenerson, pro hac vice.

7.     I respectfully submit a proposed order granting the admission of Todd M. Stenerson pro hac vice, which is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:     March 25, 2008
                  Washington, D.C.

_____
Torsten M. Kracht (TK4134)



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

TODD M. STENERSON

was on the 1ST day of JANUARY, 1999 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 12, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Todd Michael Stenerson

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 1995 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Monday, March 10, 2008.

*Juleann Hornyak*

Clerk



# State Bar of Michigan
## Certificate
### of Good Standing

This certifies that Todd M. Stenerson, P51953 of Washington, DC is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on November 18, 1994 in Oakland County and became a member of the State Bar of Michigan on December 5, 1994.

Janet K. Welch
Executive Director
March 10, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Food Lion, LLC, et al.                    Plaintiff,

                                                                    cv         (    )

           - against -

Cadbury Adams Canada, Inc., et al.   Defendant.         **ORDER FOR ADMISSION**
                                                        **PRO HAC VICE**
                                                        **ON WRITTEN MOTION**

Upon the motion of  Torsten M. Kracht   attorney for   Food Lion, LLC, et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Todd M. Stenerson |
| Firm Name: | Akin Gump Strauss Hauer & Feld, LLP |
| Address: | 1333 New Hampshire Ave., N.W. |
| City/State/Zip: | Washington |
| Telephone/Fax: | (202) 887-4276 |
| Email Address: | tstenerson@akingump.com |

is admitted to practice pro hac vice as counsel for   Food Lion, LLC, et al.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

**AFFIDAVIT OF SERVICE**

State of New York )
                  )ss:
County New York )

    I Jorge Guzman, being duly sworn deposes and says that I am not a party to this action. I am over 18 years of age and reside in the city of Elizabeth, New Jersey.

    That on the 25th day of March, 2008, a copy of the foregoing Motion for Admission Pro Hac Vice for Todd M. Stenerson was included with the Summons to be served with the Class Action Complaint and Rule 7.1 Statement, which were filed on the same day in this Court.

                                                Jorge Guzman

Sworn to before me this
25th day of March 2008

_____
Notary Public

KELLY OWEN
Notary Public, State of New York
No. 01OW6106317
Qualified in Richmond County
Certificate filed in New York County
Commission Expires June 14, 20__