*SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Food Lion, LLC, et al.                    Plaintiff,

- against -

Cadbury Adams Canada, Inc., et al.   Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

08 cv 3045 (PKC)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of   Torsten M. Kracht      attorney for   Food Lion, LLC, et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Richard L. Wyatt, Jr. |
| Firm Name: | Akin Gump Strauss Hauer & Feld, LLP |
| Address: | 1333 New Hampshire Ave., N.W. |
| City/State/Zip: | Washington |
| Telephone/Fax: | (202) 887-4048 |
| Email Address: | rwyatt@akingump.com |

is admitted to practice pro hac vice as counsel for   Food Lion, LLC, et al.              in the above
captioned case in the United States District Court for the Southern District of New York. All attorneys
appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:          4-1-08
City, State:    N Y N Y

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006