SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Food Lion, LLC, et al.     Plaintiff,

08 cv 3045 PK<sub>T</sub>

- against -

Cadbury Adams Canada, Inc., et al.   Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of   Torsten M. Kracht   attorney for   Food Lion, LLC, et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | R. Laurence Macon |
| Firm Name: | Akin Gump Strauss Hauer & Feld, LLP |
| Address: | 300 Convent Street, Suite 1500 |
| City/State/Zip: | Washington |
| Telephone/Fax: | (210) 281-7222 |
| Email Address: | lmacon@akingump.com |

is admitted to practice pro hac vice as counsel for   Food Lion, LLC, et al.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:   NY, NY
4/3/08

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____   SDNY RECEIPT#_____
SDNY Form Web 10/2006