AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
| --- | --- | --- |

Food Lion, LLC., et al.

**SUMMONS IN A CIVIL ACTION**

V.

Cadbury Adams Canada, Inc., et al.

CASE NUMBER **08 CV 03045**

TO: (Name and address of Defendant)

Cadbury Adams U.S.A. LLC
389 Interpace Parkway
Suite 1
Parsippany, New Jersey 07054-1198

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Torsten M. Kracht
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 2 5 2008

| CLERK | DATE |
| --- | --- |
| (By) DEPUTY CLERK | |

AO 440  (Rev. DC - September 2003)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>04-04-08 @ 3:25 pm |
| NAME OF SERVER *(PRINT)*<br>Manuel Fontes | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  __by serving Beth Kotran, Legal Representative, authorized to accept.__
__Service was completed at 389 Interpace Parkway, Suite 1, Parsippany, NJ  07054__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  __04-04-08__     _____
               Date                    *Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC  20009

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.