United States District Court for the Southern District of New York

| | |
|---|---|
| Food Lion, LLC, et al. <br><br> Plaintiff(s) <br><br> v. <br><br> Cadbury Adams Canada, Inc., et al. <br><br> Defendant(s) | Case No.: 08 CV 03045 |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Robert Proffitt, having been duly authorized to make service of the Summons, Class Action Complaint, Rule 7.1 Statement, Motion to Admit Counsel Pro Hac Vice, Declaration of Torsten M. Kracht in Support of Motion to Admit Counsel, Attachments, [Proposed] Order for Admission Pro Hac Vice on Written Motion, Order Scheduling Initial Pretrial Conference, Individual Practices of Judge P. Kevin Castel, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing and Guidelines for Electronic Case Filing on Mars, Inc. in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on April 04, 2008 at 1:25 PM, I served the within Summons, Class Action Complaint, Rule 7.1 Statement, Motion to Admit Counsel Pro Hac Vice, Declaration of Torsten M. Kracht in Support of Motion to Admit Counsel, Attachments, [Proposed] Order for Admission Pro Hac Vice on Written Motion, Order Scheduling Initial Pretrial Conference, Individual Practices of Judge P. Kevin Castel, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing and Guidelines for Electronic Case Filing on Mars, Inc. at 6885 Elm Street, McLean, VA by serving Wagma Hotaki, Officer, authorized to accept. Described herein:

Gender: Female    Race/Skin: White    Hair: Black    Approx. Age: 44    Height: 5'7"    Weight: 135

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

Robert Proffitt
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 7th day of April, 2008

Angela H. Croson, Notary Public, D.C.
My commission expires March 31, 2009