AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Food Lion, LLC., et al.

V.

Cadbury Adams Canada, Inc., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 03045

TO: (Name and address of Defendant)

The Hershey Company
100 Crystal A Drive
Hershey, PA 17033-0810

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Torsten M. Kracht
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

RECEIVED
MAY 5 2008

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _____    DATE  MAR 2 5 2008

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 04-07-08 @ 2:49 pm |
| NAME OF SERVER (PRINT) John Shinkowsky | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by serving Barbara A. Shanahan, Senior Leagl Assistant, authorized to accept. Service was completed at 100 Crystal A Drive, Hershey, PA 17033

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/07/08
             Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC  20009

*Address of Server*

* Motion to Admit Counsel, Rule 7.1 Statement, Order Scheduling Initial Pretrial Conference

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.