≿SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: 5/6/08          │
└─────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Food Lion, LLC, et al.          Plaintiff,

08 cv 3045 PKC

- against -

Cadbury Adams Canada, Inc., et al.   Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Torsten M. Kracht   attorney for  Food Lion, LLC, et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Todd M. Stenerson |
| Firm Name: | Akin Gump Strauss Hauer & Feld, LLP |
| Address: | 1333 New Hampshire Ave., N.W. |
| City/State/Zip: | Washington |
| Telephone/Fax: | (202) 887-4276 |
| Email Address: | tstenerson@akingump.com |

is admitted to practice pro hac vice as counsel for  Food Lion, LLC, et al.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 5-6-08
City, State: N Y N Y

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006