JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 4 2008

FILED
CLERK'S OFFICE

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 1 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

#19

### IN RE: CHOCOLATE CONFECTIONARY
### ANTITRUST LITIGATION

MDL No. 1935

(SEE ATTACHED SCHEDULE)



U.S. DISTRICT COURT
FILED
MAY 1 9 2008
S. D. OF N.Y.

### CONDITIONAL TRANSFER ORDER (CTO-2)

On April 7, 2008, the Panel transferred 15 civil actions to the United States District Court for the Middle District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___ F.Supp.2d ___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Christopher C. Conner.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Pennsylvania and assigned to Judge Conner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Pennsylvania for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Christopher C. Conner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY 1 4 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: CHOCOLATE CONFECTIONARY
ANTITRUST LITIGATION                                      MDL No. 1935

### SCHEDULE CTO-2 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA SOUTHERN
  CAS  3   08-594          Karin Jacobs v. The Hershey Co., et al.

IOWA SOUTHERN
  ~~IAS  4   08-121~~          ~~James Bell v. The Hershey Co., et al.~~  Opposed 5/9/08

ILLINOIS NORTHERN
  ILN  1   08-1689          Cheryl Currie, et al. v. The Hershey Co., et al.

LOUISIANA EASTERN
  LAE  2   08-1217          Long Leaf Vending, Inc. v. The Hershey Co., et al.

NEW JERSEY
  NJ   2   08-1308          Carmen Pellitteri v. The Hershey Co., et al.
  NJ   2   08-1324          T. Levy Associates, etc. v. The Hershey Co., et al.
  NJ   2   08-1327          Dacia Lower v. The Hershey Co., et al.

NEW YORK SOUTHERN
  NYS  1   08-3045          Food Lion, LLC, et al. v. Cadbury Adams Canada, Inc., et al.

PENNSYLVANIA EASTERN
  PAE  2   08-1408          George Patterson v. The Hershey Co., et al.



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

(717) 221-3920 FAX (717) 221-3959
Internet Address: www.pamd.uscourts.gov

Scranton:    (570) 207-5600
Williamsport:   (570) 323-6380

MARY E. D'ANDREA
Clerk of Court

May 14, 2008

J. Michael McMahon, Clerk of Court
120 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**RE: MDL No. 1935 - IN RE: Chocolate Confectionary Antitrust Litigation**
**PA Middle District Master Case NO. 1:08-MDL-1935**

Transfer of Civil Cases

Food Lion, LLC, et al. vs. Cadbury Adams Canada, Inc., et al.

Dist. Case #                   MDPA Case #

1:CV-08-3045                 1:CV-08-941

Dear Mr. McMahon:

      Attached is a certified copy of a Transfer Order of the Judicial Panel on Multidistrict Litigation filed in the Middle District of Pennsylvania on May 14, 2008, directing the transfer of the above referenced civil action(s) to the Middle District of Pennsylvania pursuant to 28 U.S.C. Section 1407. This matter has been assigned to the Honorable Christopher C. Conner, District Judge, Middle District of Pennsylvania.

      We would prefer to receive your file electronically thru the CM/ECF civil case transfer functionality. Simply use **Extract Civil Case**, add your case number and at the **To Court** prompt, choose **Pennsylvania Middle**. If your court does not utilize the CM/ECF transfer functionality please contact out MDL Clerk, Jill Cardile, at the following e-mail address and the documents will be retrieved using the courts PACER account:

         jill_cardile@pamd.uscourts.gov

      If you have any questions, please call Jill Cardile at (717) 221-3928 or, Pete Welsh at (717) 221-3940.

Sincerely,

MARY E. D'ANDREA, CLERK

_Jill Cardile_
Deputy Clerk